Amended

## United States Trustee Program - Chapter 11
## Monthly Operating Report
## Region 13 - District of Nebraska

**Case Name:**

**Case Number:**       16-81243

**Reporting MM/DD/YY:**   08/31/16 & 09/30/16

**Date Bankruptcy Filed:**   08/17/2016

Monthly Chapter 11 **Individual** Operating Report - used by all individuals to report personal/household activity.

Monthly Chapter 11 **Business** Operating Report - used to report ALL business activity.

United States Code
Title 18 Crimes and Criminal Procedures
18 U.S.C. SEC. 1001

Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements of representations, or makes or uses any false writing or document knowing the same to contain any false fictitious or fraudulent statement or entry, shall be fined not more than $250,000 or imprisoned no more than five (5) years, or both.

I certify under penalty of perjury that the operating report for above stated month and year is true and correct.

**Date Submitted:**    12/28/16

**Signed:**

**Title:**    President

**Printed Name:**    Dennis O'Brien

CASE NAME:
CASE NUMBER: 16-81243

**MONTHLY OPERATING REPORTS**
**COMPARATIVE BALANCE SHEETS**

FORM OPR-1A

| ASSETS | PETITION DATE 8/17/2016 | MONTH ENDING 8/31/2016 | MONTH ENDING 9/30/2016 | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 22,024 | 379,641 | 568,694 | | | | |
| Accounts Receivable, Net (Sched A) | 393,839 | 107,986 | 166,615 | | | | |
| Inventory, At Lower Of Cost Or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Other | | | | | | | |
| Total Current Assets | 415,863 | 487,627 | 735,310 | 0 | 0 | 0 | 0 |
| PROPERTY, PLANT & EQUIPMENT (Sched. B) | 296,399 | 296,399 | 296,399 | | | | |
| Less Accumulated Depreciation | | (20,295) | (40,590) | | | | |
| Net Property | 296,399 | 276,104 | 255,809 | 0 | 0 | 0 | 0 |
| OTHER ASSETS (Describe) | | | | | | | |
| Prepaid License | 22,050 | 22,050 | 15,219 | | | | |
| Total Other Assets | 22,050 | 22,050 | 15,219 | | | | |
| TOTAL ASSETS | 734,312 | 785,781 | 1,006,338 | 0 | 0 | 0 | 0 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF ___ PAGES
ARE TRUE AND CORRECT.

Date submitted 12/28/16     Signed _____     Dennis OBrien
                                                                   (Printed name of signatory)

Depreciation was accounted for on the Balance Sheet

Assets are per Amended Schedules

CASE NAME:
CASE NUMBER: 16-81243

**MONTHLY OPERATING REPORTS**
**COMPARATIVE  BALANCE SHEETS**

| LIABILITIES & STOCKHOLDERS' EQUITY | PETITION DATE 8/17/2016 | MONTH ENDING 8/31/2016 | MONTH ENDING 9/30/2016 | MONTH ENDING | MONTH ENDING | MONTH ENDING | MONTH ENDING |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| Post Petition Liabilities (Sched. C) | | | | | | | |
| Accounts Payable - Due to PGI | | 156,736 | 461,794 | | | | |
| Sales Tax Payable | | | | | | | |
| | | | | | | | |
| Total Post Petition Liabilities | 0 | 156,736 | 461,794 | | | | |
| | | | | | | | |
| Pre Petition Liabilities | | | | | | | |
| Sales Tax Payable | | | | | | | |
| Deferred Revenue | | | | | | | |
| Unsecured Debt | 12,370,928 | 12,370,928 | 12,370,928 | | | | |
| Other | | | | | | | |
| Total Pre Petition Liabilities | 12,370,928 | 12,370,928 | 12,370,928 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Total Liabilities | 12,370,928 | 12,527,665 | 12,832,722 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| **STOCKHOLDERS' EQUITY** | | | | | | | |
| Preferred Stock | | | | | | | |
| Common Stock | 100 | 100 | 100 | | | | |
| Paid-In Capital | 850,620 | 850,620 | 850,620 | | | | |
| Retained Earnings | | | | | | | |
| Through Filing Date | -11,999,044 | -12,487,336 | -12,591,504 | | | | |
| Adjustments to Retained Earnings | | | -1,100 | | | | |
| Net Income - Post Filing Date | | -105,268 | -84,500 | | | | |
| Net Income | -488,292 | | | | | | |
| Less Treasury Stock | | | | | | | |
| Total Stockholders' Equity | -11,636,616 | -11,741,884 | -11,826,384 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| TOTAL  LIABILITIES  &  STOCKHOLDERS'  EQUITY | 734,312 | 785,781 | 1,006,338 | 0 | 0 | 0 | 0 |

Pre-Petition Liabilities were corrected to reflect the
Amended Schedule E/F.

CASE NAME:
CASE NUMBER: 16-81243

| | STATEMENT OF SOURCE AND USE OF CASH | | | | | FORM OPR-3 | |
|---|---|---|---|---|---|---|---|
| | **MONTH ENDING 8/31/2016** | **MONTH ENDING 9/30/2016** | **MONTH ENDING** | **MONTH ENDING** | **MONTH ENDING** | **MONTH ENDING** | **YEAR TO DATE** |
| **CASH DIFFERENCE** | | | | | | | |
| Current Ending Cash Balance | 379,641 | 568,694 | | | | | |
| Less Ending Prior Month Balance | 22,024 | 379,641 | | | | | |
| **NET CASH INCREASE(DECREASE)** | 357,617 | 189,053 | 0 | 0 | 0 | 0 | 546,670 |
| **SOURCES OF CASH** | | | | | | | |
| Income (Loss) From Operations | -105,267 | -84,500 | 0 | 0 | 0 | 0 | -189,767 |
| Add: Non-cash items (Depr. & Amort.) | 20,295 | 20,295 | 0 | 0 | 0 | 0 | 40,590 |
| Amortization | 1,100 | 6,830 | | | | | |
| Cash Generated From Operations | -83,872 | -57,376 | 0 | 0 | 0 | 0 | -141,247 |
| Add: Decrease in Assets | | | | | | | |
| Accounts Receivable | 357,547 | -58,630 | 0 | 0 | 0 | 0 | 298,917 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Increase in Liabilities: | | | | | | | |
| Post Petition Liabilities | 155,636 | 305,058 | 0 | 0 | 0 | 0 | 460,694 |
| Pre Petition Liabilities | | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL SOURCES OF CASH** | 429,311 | 189,053 | 0 | 0 | 0 | 0 | 618,364 |
| **USE OF CASH** | | | | | | | |
| Subtract: Increase in Assets | | | | | | | |
| Accounts Receivable | 71,694 | 0 | 0 | 0 | 0 | 0 | 71,694 |
| Bank Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property, Plant & Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease in Liabilities: | | | | | | | |
| Post Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre Petition Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL USE OF CASH** | 71,694 | 0 | 0 | 0 | 0 | 0 | 71,694 |
| **NET CASH INCREASE (DECREASE)** | 357,617 | 189,053 | 0 | 0 | 0 | 0 | 546,670 |

The AR decrease of $357,547 is the cash received from 8/30 - 8/31

The AR increase of $71,694 is due to additional billings between 8/17 - 8/31

CASE NAME:  
CASE NUMBER: 16-81243

**STATEMENT OF INCOME (LOSS)**                    **FORM OPR-2**

| | FILING DATE thru MONTH END 8/17/16 - 8/31/16 | MONTH ENDING 9/30/2016 | MONTH ENDING | MONTH ENDING | MONTH ENDING | YEAR TO DATE |
|---|---|---|---|---|---|---|
| NET REVENUE (INCOME) | 112,675 | 240,698 | | | | |
| COST OF GOODS SOLD | | | | | | |
| Materials | | | | | | |
| Labor - Direct | 147,781 | 288,377 | | | | |
| Manufacturing Overhead | | | | | | |
| Total Cost of Goods Sold | 147,781 | 288,377 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | (35,106) | (47,679) | 0 | 0 | 0 | (82,785) |
| OPERATING EXPENSES | | | | | | |
| Sales & Marketing | | 336 | | | | |
| Salaries | | | | | | |
| Travel & Entertainment | 4,242 | 1,151 | | | | |
| Telecommunications | 2,621 | 1,695 | | | | |
| Office Supplies | 404 | 6,514 | | | | |
| Overtime/Bonus | | | | | | |
| Rent | | | | | | |
| Other (Attach Schedule) | | | | | | |
| Total Operating Expenses | 7,267 | 9,697 | 0 | 0 | 0 | 16,964 |
| OTHER EXPENSES | | | | | | |
| Quarterly Fees | | | | | | |
| Depreciation | 20,295 | 20,295 | | | | |
| Amortization Expense | 1,100 | 6,830 | | | | |
| Other Expenses | 41,500 | | | | | |
| Other Professional Fees | | | | | | |
| Total Other Expenses | 62,895 | 27,125 | 0 | 0 | 0 | 90,020 |
| Total Expenses | 70,162 | 36,822 | 0 | 0 | 0 | 106,984 |
| NET INCOME (LOSS) | (105,268) | (84,500) | 0 | 0 | 0 | (189,769) |

CASE NAME:
CASE NUMBER: 16-81243

## SCHEDULE OF ACCOUNTS RECEIVABLE AGING                SCHEDULE A

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing: 8/17/2016 | 393,839 | 393,839 | 0 | | 0 | 0 |
| % of Total | 100% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Month: 8/31/2016 | 107,986 | 95,672 | 12,313 | | 0 | 0 |
| % of Total | 100% | 88.60% | 11.40% | 0.00% | 0.00% | 0.00% |
| Month: 9/30/2016 | 166,615 | 165,533 | 1,083 | 0 | 0 | 0 |
| % of Total | 100% | 99.35% | 0.65% | 0.00% | 0.00% | 0.00% |
| Month: 10/31/2016 | | 0 | 0 | 0 | 0 | 0 |
| % of Total | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| Month: 11/30/2016 | | 0 | 0 | 0 | 0 | 0 |
| % of Total | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| Month: 12/31/2016 | | 0 | 0 | 0 | 0 | 0 |
| % of Total | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |
| Month: 1/31/2017 | | 0 | 0 | 0 | 0 | 0 |
| % of Total | 100% | #VALUE! | #VALUE! | #VALUE! | #VALUE! | #VALUE! |

CASE NAME:  
CASE NUMBER: 16-81243

## SCHEDULE OF FIXED ASSETS                                    SCHEDULE B

| FIXED ASSETS: | FILING DATE 8/17/2016 | MONTH ENDING 8/31/2016 | MONTH ENDING 9/30/2016 | MONTH ENDING | MONTH ENDING | MONTH ENDING |
|---|---|---|---|---|---|---|
| Buildings | | | | | | |
| Land | | | | | | |
| Improvements | | | | | | |
| Office Furniture | 4,924 | 4,924 | 4,924 | | | |
| Office Equipment | | | | | | |
| Computer Equipment | 57,691 | 57,691 | 57,691 | | | |
| Shop Machinery | | | | | | |
| Shop Equipment | | | | | | |
| Automobiles | | | | | | |
| Vans | | | | | | |
| Trucks | | | | | | |
| Trailers | | | | | | |
| Heavy Equipment | | | | | | |
| Other Vehicles | | | | | | |
| Major Tools | | | | | | |
| Boat & Airplane | | | | | | |
| Warehouse Equipment | | | | | | |
| Other - Software | 233,784 | 233,784 | 233,784 | | | |
| | | | | | | |
| Fair market valuation in progress | | | | | | |
| This valuation represents book value. | | | | | | |
| | | | | | | |
| TOTAL FIXED ASSETS | 0 | 296,399 | 296,399 | 296,399 | 0 | 0 | 0 |

CASE NAME:
CASE NUMBER: 16-81243

**SCHEDULE OF POST PETITION DEBT**          **SCHEDULE C**

| | FILING DATE 8/17/2016 | MONTH ENDING 8/31/2016 | MONTH ENDING 9/30/2016 | MONTH ENDING 10/31/2016 | MONTH ENDING 11/30/2016 | MONTH ENDING 12/31/2016 | MONTH ENDING 1/31/2017 |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 0 | 0 | 0 | | | | |
| TAXES PAYABLE: | | | | | | | |
| Federal Payroll Taxes | 0 | 0 | | | | | |
| State Payroll Taxes | 0 | 0 | | | | | |
| State Sales Taxes | 0 | 0 | 0 | | | | |
| Local Payroll Taxes | 0 | 0 | | | | | |
| Real Estate & Pers. Prop. Taxes | | | | | | | |
| Other: | | | | | | | |
| TOTAL TAXES PAYABLE | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER LIABILITIES: | 0 | 0 | | | | | |
| Post Petition Secured Debt | | | | | | | |
| Other Accrued Liabilities - Carryover Aug. | | | | | | | |
| Other Accrued Liabilities - Owed to PGI | 0 | 155,636 | 461,794 | | | | |
| TOTAL OTHER LIABILITIES | 0 | 155,636 | 461,794 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 0 | 155,636 | 461,794 | 0 | 0 | 0 | 0 |

CASE NAME:                                 (revised 3-94)
CASE NUMBER: 16-81243           Schedule D
                                                Page 1 of 2

## SUMMARY OF SIGNIFICANT ITEMS
### Month of August & September

1. Insurance Coverage

|  | Carrier/ agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | Insurance policy for Planet Merchant Processing is covered under Planet Group Inc. which owns 100% of the subsidiary.  See attached Schedule from Lockton Insurance. | | | |
| General Liability | | | | |
| Excess Liability | | | | |
| Fire & Extended Coverage | | | | |
| Vehicle Liability | | | | |
| Vehicle Collision | | | | |
| Theft | | | | |
| Other(specify) | | | | |
| Certificate of Insurance Attached | | | | |

2. Statement of Payments of Secured Creditors
    (list all payments made to secured creditors during the month & the purpose
    for such payment, i.e. Court ordered adequate protection cash collateral payments)

| Payee | Description | Amount Paid this Month | Total Paid Post petition |
|---|---|---|---|
| None | None | None | None |

3. Tax Payments Made This Month  (Not Accruals)  (attach copies of tax receipts or checks)

|  | Date Paid | Amount Paid | Post Petition Taxes Still Unpaid(agrees to Sch. C) |
|---|---|---|---|
| Federal Payroll W/H Taxes | | | |
| Federal Payroll W/H Taxes | 9/15/16 | 15,291 | |
| Federal Payroll W/H Taxes | 9/30/16 | 1,234 | |
| Federal Payroll W/H Taxes | | | |
| Fed. Unemployment Taxes | | | |
| State Payroll W/H Taxes | | | |
| State Unemployment Taxes | | | |
| State Sales & Use Taxes | 9/15/16 | 1,751 | |
| Property Taxes | | | |
| Other | | | |

CASE NAME:                                                          revised 10-96
CASE NUMBER: 16-81243                                              Schedule D
                                                                   Page 2 of 2

**SUMMARY OF SIGNIFICANT ITEMS**
**Month of  August & September**

4.  Compensation Payments Made This Month (Not Accruals)
    (List all payments made to owners of proprietorships; partners of partnerships; officers,
    directors and shareholders of corporations)

| Name | Amount | Date of Court Order Authorizing Payment |
|------|--------|------------------------------------------|
| None | None   | None                                     |

5.  Payments Made This Month To Professionals (Not Accruals)

|                    | Professional | Amount | Date of Court Order Authorizing Payment |
|--------------------|--------------|--------|------------------------------------------|
| Attorney(s)        | None         | None   | None                                     |
| Accountant(s)      | None         | None   | None                                     |
| Management Co.(s)  | None         | None   | None                                     |
| Appraiser(s)       | None         | None   | None                                     |
| Other (specify)    | None         | None   | None                                     |

6.  Record of Disbursement and Payment of Quarterly Fees

| Period Ending | *Total Disbursements | Quarterly Totals | Quarterly Fee ** | Date Paid | Amount Paid | Check Number |
|---------------|----------------------|------------------|------------------|-----------|-------------|--------------|
| January       | $ None               | None             | None             | None      | None        | None         |
| February      | $ None               | None             | None             | None      | None        | None         |
| March         | $ None               | None             | None             | None      | None        | None         |
| April         | $ None               | None             | None             | None      | None        | None         |
| May           | $ None               | None             | None             | None      | None        | None         |
| June          | $ None               | None             | None             | None      | None        | None         |
| July          | $ None               | None             | None             | None      | None        | None         |
| August        | $ None               | None             | None             | None      | None        | None         |
| September     | $ None               | None             | None             | None      | None        | None         |
| October       | $                    |                  |                  |           |             |              |
| November      | $                    |                  |                  |           |             |              |
| December      | $                    | $                | $                |           | $           |              |

*  Each month list the total money spent for all purposes.  At the end of the quarter, add the
   monthly totals.  This is the amount used to compute the quarterly fee due the U.S. Trustee,
   from the table below.

Note:  A disbursement was made in the amount of $19,250 but
is not included as a disbursement as it was the Debtor
immediately returning a $19,250 payment made by a Customer
in error.

| AUGUST 17, 2016 | 0 | | 0 | | January 0, 1900 | | January 0, 1900 | |
|---|---|---|---|---|---|---|---|---|

## Bank Reconciliation

| **Bank Name** | Five Points Bank | | **Account Name** | Planet Merchant Processing | |
|---|---|---|---|---|---|
| **Balance per Books - beginning of month** | 22,023.84 | | **Balance per Bank Stmt - end of month** | 379,641.14 | |
| Deposits | 357,688.64 | | Deposit in Transit | | |
| Transfers In | | | | | |
| Add: Total Debits | 379,712.45 | | Total in Transit | - | |
| Checks | 880.00 | | Outstanding Checks | 880.00 | |
| Bank Charges | 71.31 | | | | |
| Transfers Out | | | | | |
| Less: Total Credits | 951.31 - | | Less: Total Outstanding | 880.00 - | |
| **Balance per Books - end of month** | 378,761.14 | | **Balance per bank - reconciled** | 378,761.14 | |

**Checks Outstanding**

| Number | Amount |
|---|---|
| 1528 | 880.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $           - |

# Planet Merchant Processing
## Account Reconciliation
### As of Aug 31, 2016
### 10300 - Five Points Checking Account
### Bank Statement Date: August 31, 2016

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balanc | | | | 57,079.77 |
| Add: Cash Receipts | | | | 554,109.65 |
| Less: Cash Disburse | | | | (232,428.2 |
| Add (Less) Other | | | | |
| Ending GL Balance | | | | 378,761.14 |
| Ending Bank Balance | | | | 379,641.14 |
| Add back deposits in | | | | |
| Total deposits in tran | | | | |
| (Less) outstanding ch | Dec 28, 20 | 1528 | (880.00) | |
| Total outstanding che | | | | (880.00) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled differen | | | | 0.00 |
| Ending GL Balance | | | | 378,761.14 |

9/7/16 at 07:21:33.09

## Planet Merchant Processing
### Outstanding Checks
### As of Aug 31, 2016
### 10300 - Five Points Checking Account

Filter Criteria includes: 1) Uncleared Transactions; 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Am |
|----------|------|------------|----------|
| 1528 | 12/28/ | Atlassian PTY, LTD | -880.00 |
| | | **Total** | **-880.00** |



*The Better Bank*
# FIVE POINTS BANK

PAGE 1 OF 2

| Statement Account: | XXXXXX7645 |
|---|---|
| | 30 |
| | 3 |
| Statement Period | |
| 07-30-2016 THRU 08-31-2016 | |
| Image Count: | 7 |

PLANET MERCHANT PROCESSING
OPERATING ACCOUNT
407 N 117TH ST
OMAHA NE 68154

---

### Analysis Business Checking    XXXXXX7645

| | | | |
|---|---|---|---|
| AVERAGE AVAILABLE BALANCE | 68,639.44 | LAST STATEMENT 07-29-16 | 57,959.77 |
| AVERAGE BALANCE | 78,705.40 | 6 CREDITS | 554,109.65 |
| | | 14 DEBITS | 232,428.28 |
| | | THIS STATEMENT 08-31-16 | 379,641.14 |

##### - - - - - DESCRIPTIVE CREDITS - - - - -

| Description | Date | Amount |
|---|---|---|
| ELECTRONIC DEPOSIT | 08-01 | 36,245.93 |
| ELECTRONIC DEPOSIT | 08-04 | 27,062.50 |
| ACH DEBIT EVO - OPERATING PLAN0001 | 08-08 | 116,012.58 |
| ACH DEBIT EVO - OPERATING PLAN0001 | 08-17 | 17,100.00 |
| ACH DEBIT EVO - OPERATING PLAN0001 | 08-29 | 108,952.59 |
| ELECTRONIC DEPOSIT | 08-30 | 248,736.05 |

##### - - - - - DESCRIPTIVE DEBITS - - - - -

| Description | Date | Amount |
|---|---|---|
| PMP Expenses | 08-03 | 3,135.00 |
| 112019065 ICM TRANS TO CHECKING 10137580 8/08 AT 8:06 | 08-08 | 57,000.00 |
| 116494953 ICM TRANS TO CHECKING 10137580 8/09 AT 12:54 | 08-09 | 110,000.00 |
| PMP Expenses | 08-10 | 279.99 |
| Wire Sent To MCGILL GOTSDINER WORKMAN & LEPP PC | 08-15 | 7,763.00 |
| Wire Sent To MCGILL GOTSDINER WORKMAN & LEPP PC | 08-15 | 40,000.00 |
| Domestic Wire Fee 26601 | 08-15 | 15.00 |
| Domestic Wire Fee 26602 | 08-15 | 15.00 |
| WEBFILE TAX PYMT DD 902/24794712 | 08-17 | 3,859.85 |
| ANALYSIS SERVICE CHARGE | 08-31 | 71.31 |

## - ACCOUNT RECONCILIATION -
### THIS FORM IS PROVIDED TO HELP YOU VERIFY YOUR CHECKBOOK BALANCE WITH THIS STATEMENT

| CHECKS OUTSTANDING | | |
|---|---|---|
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OUTSTANDING | | |

Immediately notify us of any account name, address or signing authority change.

### HOW TO BALANCE YOUR ACCOUNT

1. Be sure you have added to your check register any automatic deposits and interest shown on this statement.
2. Subtract from your check register any service, automatic or miscellaneous charges shown on this statement.
3. Mark (X) on your check register all checks shown on the statement against those listed on your register. At the same time verify the accuracy of the amounts shown.
4. Include in your check register and subtract from your balance any checks shown on this statement not already listed on your register.
5. List in the area to the left the check numbers and amounts of checks shown on your register, not listed on this or previous statement.

| | | | |
|---|---|---|---|
| 6. | ENTER FINAL BALANCE AS PER STATEMENT | | |
| 7. | ADD<br>ANY DEPOSITS NOT CREDITED | | |
| 8. | TOTAL | | |
| CARRY OVER 9. | SUBTRACT CHECKS OUTSTANDING | | |
| 10. | BALANCE SHOULD AGREE WITH YOUR CHECKBOOK | | |

### ADDITIONAL DISCLOSURES IN ACCORDANCE WITH TRUTH-IN-LENDING ACT

FINANCE CHARGES: You'll pay FINANCE CHARGES on your loans from the day each loan is made to the day it's fully paid off. We figure FINANCE CHARGES on your account by applying the Periodic (daily) Rate to the "average daily balance" of your account (including current transactions).

1. We start with the unpaid balance on your Ready Reserve Account at the beginning of the monthly billing period.
2. To get the "average daily balance" we take the beginning of your account each day, add any new loans and charges, and subtract any payments or credits. This gives us the daily balance.
3. Then, we add up all the daily balances for the billing cycle and divide by the total number of days in the billing cycle. This gives us the "average daily balance".
4. Next we multiply the "average daily balance" by Periodic (daily) Rate of .0493% which is an ANNUAL PERCENTAGE RATE of 18%.
5. Finally, we multiply the above by the number of days in the billing period. The sum is the FINANCE CHARGE due us for the billing period.

### BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Bill: If you think your bill is wrong, or you need more information about a transaction on your bill, write us (on a separate sheet) at, 2015 N. Broadwell Ave, P.O. Box 1507, Grand Island, NE 68802-1507 as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

1. Tell us your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error.

If you need more information describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take action to collect the amount in question.

### ERROR RESOLUTION NOTICE

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at (308) 384-5350 or (308) 384-4323 or Write us at 2015 N. Broadwell Ave, P.O. Box 1507, Grand Island, NE 68802-1507 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Tell us the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about , and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in the error so that you will have use of the money during the time it takes us to complete our investigation.

PAGE 2 OF 2

Date:        08-31-16    Account: XXXXXX7645

## - - - - - C H E C K S - - - - -

| Ck# | Date | Amount | Ck# | Date | Amount | Ck# | Date | Amount |
|-----|------|--------|-----|------|--------|-----|------|--------|
| 1606 | 08-08 | 2,125.00 | 1608 | 08-09 | 7,616.00 | | | |
| 1607 | 08-08 | 350.19 | 1609 | 08-15 | 197.94 | | | |

## - - - - - - - - DAILY BALANCE - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08-01 | 94,205.70 | 08-09 | 57,054.59 | 08-29 | 130,976.40 |
| 08-03 | 91,070.70 | 08-10 | 56,774.60 | 08-30 | 379,712.45 |
| 08-04 | 118,133.20 | 08-15 | 8,783.66 | 08-31 | 379,641.14 |
| 08-08 | 174,670.59 | 08-17 | 22,023.81 | | |

## - - - - - I N T E R E S T - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 0.00 | INTEREST EARNED: | 0.00 |
| INTEREST PAID THIS PERIOD: | 0.00 | DAYS IN PERIOD: | 0 |
| INTEREST PAID 2016: | 0.00 | ANNUAL PERCENTAGE YIELD EARNED: | 0.0000% |

Batch ID 0000423579     Amount $     36245.93

Deposit Memo:

AUX     RT 104901678   AN 10137645     TC 100

8/1/2016 - $36,245.93

Batch ID 0000424667     Amount $     27062.50

Deposit Memo:

AUX     RT 104901678   AN 10137645     TC 100

8/4/2016 - $27,062.50

Batch ID 0000431280     Amount $     248736.05

Deposit Memo:

AUX     RT 104901678   AN 10137645     TC 100

8/30/2016 - $248,736.05

DDA Debits - 8/15/2016 - $197.94 - 1609 -



DDA Debits - 8/8/2016 - $2,125.00 - 1606 -

DDA Debits - 8/8/2016 - $350.19 - 1607 -

DDA Debits - 8/9/2016 - $7,616.00 - 1608 -

# Planet Merchant Processing
## Cash Account Register
### For the Period From Aug 1, 2016 to Aug 31, 2016
#### 10300 - Five Points Checking Account

Filter Criteria includes: Report order is by Transaction Date.

| Date | Reference | Type | Payee/Paid By | Memo | Payment Am | Receipt Amt | Balance |
|------|-----------|------|---------------|------|-----------:|------------:|--------:|
| | | | Opening Balance | | | 57,079.77 | 57,079.77 |
| 8/1/16 | Offset 08/01/16 | Payment | Atlassian PTY, LTD | AT-1510229 | | | 57,079.77 |
| 8/1/16 | 17941 | Receipt | SECURENET PAYMENT | | | 36,245.93 | 93,325.70 |
| 8/1/16 | 1528V | Void Pmnt | Atlassian PTY, LTD | AT-1510229 | -880.00 | | 94,205.70 |
| 8/3/16 | 1606 | Payment | Atlassian PTY, LTD | AT-1510229 | 2,125.00 | | 92,080.70 |
| 8/3/16 | 1607 | Payment | DELL MARKETING | | 350.19 | | 91,730.51 |
| 8/3/16 | 1608 | Payment | System Soft | | 7,616.00 | | 84,114.51 |
| 8/3/16 | FPB-993 | Payment | English, Jane | | 200.00 | | 83,914.51 |
| 8/3/16 | FPB-994 | Payment | Hupp Alan | | 100.00 | | 83,814.51 |
| 8/3/16 | FPB-995 | Payment | Philmalee Inc | | 2,835.00 | | 80,979.51 |
| 8/4/16 | 543266 | Receipt | FAPS | | | 27,062.50 | 108,042.01 |
| 8/8/16 | Intl Trnfr 08/08/16 | Payment | PLANET GROUP | | 57,000.00 | | 51,042.01 |
| 8/8/16 | EVO 08/08/16 | Receipt | MERCHANT SERVICES | | | 116,012.58 | 167,054.59 |
| 8/9/16 | Intl Trnfr 08/09/16 | Payment | PLANET GROUP | | 110,000.00 | | 57,054.59 |
| 8/10/16 | 1609 | Payment | Stericycle Communica | | 197.94 | | 56,856.65 |
| 8/10/16 | FPB-996 | Payment | O'Leary  Jennifer | | 100.00 | | 56,756.65 |
| 8/10/16 | FPB-997 | Payment | Trummer Brian | | 179.99 | | 56,576.66 |
| 8/15/16 | Wire 08/15/16 | Payment | McGill, Gotsdiner | | 40,000.00 | | 16,576.66 |
| 8/15/16 | Wire 08/15/16-1 | Payment | McGill, Gotsdiner | | 7,763.00 | | 8,813.66 |
| 8/16/16 | ACH 08/16/16 | Payment | TEXAS DEPT OF REV | | 3,859.85 | | 4,953.81 |
| 8/16/16 | Offset | Payment | Planet Correspondenc | | | | 4,953.81 |
| 8/16/16 | Wire Fee 08/15/16 | Payment | Five Points Bank | | 30.00 | | 4,923.81 |
| 8/17/16 | ACH 08/17/16 | Receipt | MERCHANT SERVICES | | | 17,100.00 | 22,023.81 |
| 8/30/16 | 18174 | Receipt | SECURENET PAYMENT | | | 36,245.93 | 58,269.74 |
| 8/30/16 | 93123 | Receipt | TransFirst Holdings, | | | 212,490.12 | 270,759.86 |
| 8/30/16 | ACH 08/29/16 | Receipt | MERCHANT SERVICES | | | 108,952.59 | 379,712.45 |
| 8/31/16 | FNB 08/31/16 | Payment | Cash/Currency | | 71.31 | | 379,641.14 |
| 8/31/16 | 1383 | Receipt | SECURENET PAYMENT | 8/31/16 | | | 379,641.14 |
| | | **Total** | | | **231,548.28** | **554,109.65** | |

## Planet Merchant Processing
## Check Register
### For the Period From Aug 1, 2016 to Aug 31, 2016

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Accoun | Amount |
|---------|------|-------|-------------|--------|
| 1528V | 8/1/16 | Atlassian PTY, LTD | 10300 | -880.00 |
| Offset 08/01/16 | 8/1/16 | Atlassian PTY, LTD | 10300 | |
| FPB-993 | 8/3/16 | Jane English | 10300 | 200.00 |
| FPB-994 | 8/3/16 | Alan Hupp | 10300 | 100.00 |
| FPB-995 | 8/3/16 | Philmalee Inc. | 10300 | 2,835.00 |
| 1606 | 8/3/16 | Atlassian PTY, LTD | 10300 | 2,125.00 |
| 1607 | 8/3/16 | DELLMARKETING L.P. | 10300 | 350.19 |
| 1608 | 8/3/16 | Systems Soft Technology | 10300 | 7,616.00 |
| Intl Trnfr 08/08/16 | 8/8/16 | PLANET GROUP, INC | 10300 | 57,000.00 |
| Intl Trnfr 08/09/16 | 8/9/16 | PLANET GROUP, INC | 10300 | 110,000.0 |
| FPB-996 | 8/10/16 | Jennifer O'Leary | 10300 | 100.00 |
| FPB-997 | 8/10/16 | Brian Trummer | 10300 | 179.99 |
| 1609 | 8/10/16 | Stericycle Comsol | 10300 | 197.94 |
| Wire 08/15/16 | 8/15/16 | McGill, Gotsdiner, Workman & Lepp | 10300 | 40,000.00 |
| Wire 08/15/16-1 | 8/15/16 | McGill, Gotsdiner, Workman & Lepp | 10300 | 7,763.00 |
| Wire Fee 08/15/16 | 8/16/16 | Five Points Bank | 10300 | 30.00 |
| ACH 08/16/16 | 8/16/16 | STATE COMPTROLLER | 10300 | 3,859.85 |
| Offset | 8/16/16 | Planet Correspondence | 10300 | |
| FNB 08/31/16 | 8/31/16 | Cash/Currency | 10300 | 71.31 |
| **Total** | | | | **231,548.2** |

| SEPTEMBER 30, 2016 | 0 | | 0 | January 0, 1900 | January 0, 1900 |

## Bank Reconciliation

| **Bank Name** | Five Points Bank | **Account Name** | Planet Merchant Processing |

| | | | |
|---|---|---|---|
| **Balance per Books** - beginning of month | 379,641.14 | **Balance per Bank Stmt** - end of month | 379,641.14 |
| Deposits | 208,318.13 | Deposit in Transit | |
| Transfers In | | | |
| Add: Total Debits | 208,318.13 | Total in Transit | - |
| Checks | | Outstanding Checks | |
| Bank Charges | | | |
| Transfers Out | 587,959.27 | | |
| Less: Total Credits | 587,959.27 | Less: Total Outstanding | - |
| **Balance per Books** - end of month | 0    - | **Balance per bank** - reconciled | 0    - |

**Checks Outstanding**

| Number | Amount | | Number | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $    - |

# Planet Merchant Processing
## Account Reconciliation
### As of Sep 30, 2016
### 10300 - Five Points Checking Account
### Bank Statement Date: September 30, 2016

Filter Criteria includes: Report is printed in Detail Format.

| | | |
|---|---|---|
| Beginning GL Balance | | 379,641.14 |
| Add: Cash Receipts | | 208,318.13 |
| Less: Cash Disbursements | | (587,959.27) |
| Add (Less) Other | | |
| Ending GL Balance | | |
| Ending Bank Balance | | |
| Add back deposits in transit | | |
| Total deposits in transit | | |
| (Less) outstanding checks | Aug 1, 2016    Offset 08/01/ | |
| Total outstanding checks | | |
| Add (Less) Other | | |
| Total other | | |
| Unreconciled difference | | 0.00 |
| Ending GL Balance | | |

*Account Closed* 9/22/16

# Wells Fargo Business Choice Checking

Account number: ████4794 ■ September 1, 2016 - September 30, 2016 ■ Page 1 of 4

**WELLS FARGO**

004577 1 AV 0.376  949754

PLANET MERCHANT PROCESSING, INC.
DEBTOR IN POSSESSION
CH 11 CASE # 16-81243 (NE)
5796 ARMADA DR STE 300
CARLSBAD CA 92008-4694

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $0.00 |
| Deposits/Credits | 587,944.27 |
| Withdrawals/Debits | - 19,265.00 |
| **Ending balance on 9/30** | **$568,679.27** |
| Average ledger balance this period | $286,264.63 |

Account number: **5231024794**

**PLANET MERCHANT PROCESSING, INC.**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 16-81243 (NE)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDG11UTLC 004577  NNNNNNNNN NNN NNN 001 002  114 023603    20200404.6

Account number: **5231024794** ■ September 1, 2016 - September 30, 2016 ■ Page 2 of 4

WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|---------|---------|
| 9/16 | | WT Fed#00471 Five Points Bank /Org=Planet Merchant Processing Srf# 1049016780027357 Trn#160916102696 Rfb# | 587,944.27 | | |
| 9/16 | | Wire Trans Svc Charge - Sequence: 160916102696 Srf# 1049016780027357 Trn#160916102696 Rfb# | | 15.00 | 587,929.27 |
| 9/19 | | Bank Originated Debit | | 19,250.00 | 568,679.27 |
| **Ending balance on 9/30** | | | | | **568,679.27** |
| **Totals** | | | **$587,944.27** | **$19,265.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/01/2016 - 09/30/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $286,265.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |
|   - Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |

wx/wx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



Account number: **5231024794** ∎ September 1, 2016 - September 30, 2016 ∎ Page 3 of 4



 **IMPORTANT ACCOUNT INFORMATION**

To verify your identity when you contact us, we may use a service that compares information your mobile or wireless operator has with information you have provided us. Please refer to our Privacy Policy for how we treat your data.

**Is your wireless operator authorized to provide information to assist in verifying your identity?**

Yes, and we may rely on this information to assist in verifying your identity.

You authorize your wireless operator (AT&T, Sprint, T-Mobile, US Cellular, Verizon, or any other branded wireless operator) to use your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber status details, if available, solely to allow verification of your identity and to compare information you have provided to Wells Fargo with your wireless operator account profile information for the duration of the business relationship.

You may opt out by contacting your mobile or wireless operator directly.

DCDG11UTLC 004577  NNNNNNNNN NNN NNN 002 002  114 023605  20200404.6

**Planet Merchant Processing**
**Cash Account Register**
**For the Period From Sep 1, 2016 to Sep 30, 2016**
**10300 - Five Points Checking Account**

Filter Criteria includes: Report order is by Transaction Date.

| Date | Reference | Type | Payee/Paid By | Memo | Payment Am | Receipt Amt | Balance |
|------|-----------|------|---------------|------|-----------:|------------:|--------:|
| | | | Opening Balance | | | 379,641.14 | 379,641.14 |
| 9/1/16 | 1379 | Receipt | SECURENET PAYMEN | 9/1/16 | | | 379,641.14 |
| 9/1/16 | EVO ACH 09/01/16 | Receipt | MERCHANT SERVICES | | | 19,250.00 | 398,891.14 |
| 9/1/16 | Wire 09/01/16 | Receipt | SECURENET PAYMEN | | | 19,250.00 | 418,141.14 |
| 9/6/16 | 543538 | Receipt | FAPS | | | 19,250.00 | 437,391.14 |
| 9/6/16 | 93126 | Receipt | TransFirst Holdings, | | | 19,250.00 | 456,641.14 |
| 9/7/16 | Wire 09/07/16CR | Rcpt Prepa | SECURENET PAYMEN | | | | 456,641.14 |
| 9/7/16 | Wire 09/07/16 | Receipt | FAPS | | | 19,250.00 | 475,891.14 |
| 9/7/16 | Wire 09/07/16 | Receipt | MERCHANT SERVICES | | | 19,250.00 | 495,141.14 |
| 9/7/16 | Wire 09/07/16 | Receipt | SECURENET PAYMEN | | | 19,250.00 | 514,391.14 |
| 9/7/16 | Wire 09/07/16 | Receipt | TransFirst Holdings, | | | 19,250.00 | 533,641.14 |
| 9/13/16 | 543563 | Receipt | FAPS | | | 35,068.13 | 568,709.27 |
| 9/15/16 | EVO 09/14/16 | Receipt | MERCHANT SERVICES | | | 19,250.00 | 587,959.27 |
| 9/16/16 | Wire 09/16/16 | Payment | PLANET MERCHANT | | 587,944.27 | | 15.00 |
| 9/23/16 | FPB 09/22/16 | Payment | Five Points Bank | | 15.00 | | |
| | | **Total** | | | **587,959.27** | **208,318.13** | |

**Planet Merchant Processing**
**Check Register**
**For the Period From Sep 1, 2016 to Sep 30, 2016**

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| Wire 09/16/16 | 9/16/16 | PLANET MERCHANT PROCES | 10300 | 587,944.2 |
| 1216301514 | 9/20/16 | EVO Merchant Services | 10400 | 19,250.00 |
| FPB 09/22/16 | 9/23/16 | Five Points Bank | 10300 | 15.00 |
| **Total** | | | | **607,209.2** |